IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| LATASHA TRAMMELL,           )<br>                             )<br>    Plaintiff,             )<br>                             )<br>    v.                       )<br>                             )<br>11303 RESTAURANT CORP,       )<br>d/b/a Popeyes Louisiana      )<br>Kitchen, et al.,             )<br>                             )<br>    Defendants.              ) | CIVIL ACTION NO.<br>   3:15cv80-MHT<br>        (WO) |

## JUDGMENT

Pursuant to the notice of dismissal (doc. no. 19), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety without prejudice, with costs taxed as paid.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 9th day of March, 2015.

                            /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE